# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| GARY PETERSON, | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION |
| v. | ) |
| | ) No. 12-2376-KHV |
| JACK KYNION II, et al., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on the parties' Joint Stipulation Of Attorney's Fees And Request For Order (Doc. #20) filed March 19, 2013. The parties agree that the amount of attorney fees and costs to be awarded to plaintiff by defendants pursuant to the Court's Memorandum and Order dated March 5, 2013 (Doc. #19) is $7,000.00.

**IT IS THEREFORE ORDERED** that the parties' Joint Stipulation Of Attorney's Fees And Request For Order (Doc. #20) filed March 19, 2013, be and hereby is **SUSTAINED**. Defendants shall pay plaintiff the amount of $7,000.00 for the attorney fees and costs he incurred in seeking remand of this action to the District Court of Johnson County, Kansas.

Dated this 6th day of August, 2013 at Kansas City, Kansas.

                                              s/ Kathryn H. Vratil
                                              KATHRYN H. VRATIL
                                              United States District Judge